| JAMES RYAN NEWHART | * | NO. 2020-CA-0374 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| DIEDRE PIERCE KELLY AND ARTHUR MORRELL, IN HIS OFFICIAL CAPACITY AS CLERK OF COURT FOR THE PARISH OF ORLEANS, STATE OF LOUISIANA | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

CONSOLIDATED WITH:

C. GARY WAINWRIGHT

VERSUS

DIEDRE PIERCE KELLY AND
THE HONORABLE ARTHUR A.
MORRELL

CONSOLIDATED WITH:

NO. 2020-CA-0375

BELSOME, J., CONCURS FOR THE REASONS ASSIGNED BY JUDGE LEDET.